```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 13126
    PAUL GRIFFIN
    SYLVIA GRIFFIN                        CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
        Debtor
   SSN XXX-XX-2966      SSN XXX-XX-9985
```

---
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/23/07 and confirmed on 09/21/07.

   2.  The case was dismissed after confirmation, 10/17/2008.

   3.  The Debtor paid a total of $   7453.70 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | 631.42 | .00 | 631.42 |
| BLACK HORSE CARRIERS | SECURED | 166.67 | .00 | 166.67 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | 103.79 | .00 | 103.79 |
| ILLINOIS DEPT REVENUE | UNSECURED | 595.06 | .00 | 80.14 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 164.96 | .00 | 22.22 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT CO | UNSECURED | 9834.33 | .00 | 1324.47 |
| MEDICAL CENTER ANESTHESI | UNSECURED | NOT FILED | .00 | .00 |
| BLACK HORSE CARRIERS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | .00 | .00 | .00 |
| RONALD D CUMMINGS | REIMBURSEMENT | 274.00 | .00 | 274.00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 2254.38 | .00 | 303.62 |
| GMAC | UNSECURED | 3326.06 | .00 | 447.95 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 195.06 | .00 | 26.26 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 575.41 | .00 | 77.50 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 169.26 | .00 | 22.79 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 720.95 | .00 | 97.10 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

        Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 901.88 | 274.00 | 17835.47 | .00 | 19011.35 |
| PRINCIPAL PAID | 901.88 | 274.00 | 2402.05 | .00 | 3577.93 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 901.88 | 274.00 | 2402.05 | .00 | 3577.93 |

The Debtor's attorney, RONALD D CUMMINGS, was allowed $ 3500.00 and was paid $ 3500.00 .

The Trustee received $ 375.77 .

Refunds to the Debtor totaled $ .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

    Dated: 01/20/09                          /S/
                                                GLENN STEARNS
                                                CHAPTER 13 TRUSTEE